UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GRACIELA RODRIGUEZ, CHARLES STEVENS, KHALID SALAHUDDIN, and NATHAN ALEXANDER, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN MACH, in his official capacity as Chairman of the Texas Department of Public Safety; STEVEN MCGRAW, in his official capacity as Deputy Director of the Texas Department of Public Safety; SKYLOR HEARN, in her official capacity as Deputy Director of Administration and Services of the Texas Department of Public Safety; AMANDA ARRIAGA, in her official capacity as Division Director of the Driver License Division of the Texas Department of Public Safety,<br><br>*Defendants*. | Civil Action No. SA-18-CV-1265-XR |

**ORDER**

On this date, the Court considered the status of this case. On June 14, the Governor signed into law House Bill 2048, which repeals the Texas Driver Responsibility Program that is the subject of this suit. This repeal took effect September 1, 2019. As of that date, this case is moot.

"Suits regarding the constitutionality of statutes become moot once the statute is repealed." *McCorvey v. Hill*, 385 F.3d 846, 849 (5th Cir. 2004)). "[A]n exception to this mootness rule exists where there is evidence, or a legitimate reason to believe, that the state will reenact the statute or one that is substantially similar." *Id*. at 849 n.3.

This suit concerns the constitutionality of the Texas DRP; thus, the DRP's repeal moots this case, and there is no indication that the state will reenact the statute. Accordingly, Plaintiff's claims are DISMISSED AS MOOT. Plaintiff's Motion to Stay Case (docket no. 25) is DENIED.

The Clerk is DIRECTED to close this case and TERMINATE Defendants' Motion to Dismiss (docket no. 9).

It is so ORDERED.

SIGNED this 3rd day of September, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE